%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

UNITED STATES OF AMERICA f/u/o LDG, INC.
d/b/a UNIQUE WOODWORKING
V.    Plaintiff

**SUMMONS IN A CIVIL ACTION**

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA
    Defendants

CASE NUMBER: 05 10852 RCL

TO: (Name and address of Defendant)

Travelers Casualty & Surety Company of America
300 Crown Colony Drive
Quincy, MA  02169

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Philip Hilson, Esq., Law Offices of Robert Philip Hilson,
175 Derby Street, Suite 12, Hingham, MA  02043

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                 APR 2 7 2005
CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
May 10, 2005
*Norfolk, ss.*

I hereby certify and return that on 5/9/2005 at 11:07AM I served a true and attested copy of the summons, complaint and civil action cover sheet, category sheet in this action in the following manner: To wit, by delivering in hand to Michele Lewis, legal asst, , person in charge at the time of service for Travelers Casualty & Surety Company of America, at 300 Crown Colony Drive, Quincy, MA 02169. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

Deputy Sheriff Ronald Goguen

*Deputy Sheriff*

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                 *Signature of Server*

                       _____
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.