UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10852-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o<br>LDG, INC. d/b/a UNIQUE WOODWORKING,<br><br>Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY<br>COMPANY OF AMERICA,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

A.   Summary

The instant matter is an action by the Plaintiff, United States of America for the use and benefit of LDG, Inc. d/b/a Unique Woodworking, against the Defendant, Travelers Casualty & Surety Company of America, pursuant to the Miller Act.  The Plaintiff provided labor and materials to two public projects, the VA Hospital/2 South Project and the VA Hospital/Audiology Project, in the amount of $15,079.00.  Mattie and O'Brien Contracting Corporation was the prime contractor on the two public projects.  Mattie and O'Brien Contracting Corporation, as principal, executed two payment bonds with Travelers, as surety, securing payment of labor and materials furnished on the two public projects.  The Plaintiff provided labor and materials to the projects as requested by the prime contractor.  The prime contractor has failed to pay the Plaintiff a balance due and owing of $15,079.00.

The Defendant acknowledges the presence of the two payment bonds.  However, the Defendant asserts that the Plaintiff is not entitled to payment.  The Defendant, Travelers Casualty and Surety Company of America, has asserted that the Plaintiff is not owed the

monies as alleged because (1) of the refusal of the Veterans Association to approve two credits offered by the Plaintiff and (2) due to a breach in contract with the prime contractor, Mattie and O'Brien Contracting Corporation.

B.      <u>Proposed Schedule</u>

    1.      Amendments to Pleadings may be filed by November 4, 2005, subject to the provisions of the Federal Rules of Civil Procedure;

    2.      Compliance with Discovery requests and all depositions are to be completed by November 25, 2005;

    3.      All Trial Experts are to be designated and disclosure of information contemplated by FRCP Rule 26(a)(2) by December 16, 2005;

    4.      Joinder of any additional parties is to be completed by December 16, 2005;

    5.      All Motions to Dismiss are to be filed by December 23, 2005;

    6.      Motions for Summary Judgment, are to be filed by December 23, 2005;

    7.      A final Pretrial Conference will be held on February 3, 2006.

C.    <u>Plaintiff Certification</u>

Counsel for the Plaintiff and the Plaintiff have conferred with a view to establishing a budget for the costs of litigation and alternative methods of resolution and to consider the resolution of the instant matter through the use of alternative dispute resolution.

Date: _____        s/ Gary Medeiros_____
                                                       LDG, Inc. d/b/a Unique Woodworking
                                                       Gary Medeiros, President

Date:_____               s/ Robert Philip Hilson_____
                                                       Robert Philip Hilson (BBO #547899)
                                                       Law Offices of Robert Philip Hilson
                                                       A Professional Corporation
                                                       175 Derby Street, Suite 12
                                                       Hingham, Massachusetts 02043
                                                       (781) 740-4118

D.    Defendant Certification

Counsel for the Defendant and the Defendant have conferred with a view to establishing a budget for the costs of litigation and alternative methods of resolution and to consider the resolution of the instant matter through the use of alternative dispute resolution.

Date: _____    _____
                                    Travelers Insurance


Date:_____    s/ Leo S. McNamara_____
                                    Leo S. McNamara, Esq. (BBO #339380)
                                    McNamara & Flynn, P.A.
                                    84 State Street, 9th Floor
                                    Boston, MA 02109
                                    (617) 723-3344

C:\wp61\DOCS\UNI-TR.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10852-RCL

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/o ) | |
| LDG, INC. d/b/a UNIQUE WOODWORKING, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| TRAVELERS CASUALTY & SURETY ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendants ) | |

## SCHEDULING ORDER

The above-entitled action, having been filed on April 27, 2005, it is hereby

ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule

16.1(F), that:

1. Amendments to Pleadings may be filed by November 4, 2005, subject to the provisions of the Federal Rules of Civil Procedure;

2. Compliance with Discovery requests and all depositions are to be completed by November 25, 2005;

3. All Trial Experts are to be designated and disclosure of information contemplated by FRCP Rule 26(a)(2) by December 16, 2005;

4. Joinder of any additional parties is to be completed by December 16, 2005;

5. All Motions to Dismiss are to be filed by December 23, 2005;

6. Motions for Summary Judgment, are to be filed by December 23, 2005;

7. A final Pretrial Conference will be held on February 3, 2006.

Date:_____          _____
                              Reginald C. Lindsay
                              United States District Judge

C:\wp61\DOCS\uww-ti.so2.wpd